UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
RENELIO PEREZ, et ano.,

                Plaintiffs,

-against-                                         24-cv-1006 (LAK)

RA..L ALEJANDRO OCASIO RUIZ (../k/a
RAUW ALEJANDRO), et al.,

                Defendants
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Plaintiffs' first amended complaint ("FAC") invokes subject matter jurisdiction pursuant to 28 U.S.C. § 1332.[1] The Court previously dismissed plaintiffs' complaint for lack of subject matter jurisdiction.[2]

      The FAC fails adequately to allege the existence of subject matter jurisdiction. It does not allege the nationality and citizenship of Defendant Raúl Alejandro Ocasio Ruiz.[3]

      Accordingly, the case is dismissed for lack of jurisdiction. The Clerk shall close the case.

      SO ORDERED.

Dated:     March 12, 2024

                                                                Lewis A. Kaplan
                                                    United States District Judge

---

[1] Dkt 10.

[2] Dkt 8.

[3] *See Newman-Green, Inc. v. Alfonzo-Larrain*, 490 U.S. 826, 828 (1989) ("In order to be a citizen of a State within the meaning of the diversity statute, a natural person must both *be a citizen of the United States and* be domiciled within the State." (emphasis added)).